\AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
3/28/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPTUTY

FILED
CLERK, U.S. DISTRICT COURT
3/28/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: /Valerie Munoz/ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

DIEGO AGUILAR-CEJA

Defendant

Case No.  2:24-mj-01791

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 4, 2024, in the county of Santa Barbara in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(3) | Assault with a Dangerous Weapon with Intent to do Bodily Harm |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

  ☒ Continued on the attached sheet.

/s/ Benjamin P. Platts
Complainant's signature

Benjamin P. Platts, FBI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 3/28/24

Judge's signature

City and state: Los Angeles, California

U.S. Magistrate Judge Charles F. Eick
Printed name and title

AUSA: Kenneth R. Carbajal x3172

## AFFIDAVIT

I, Benjamin P. Platts, being duly sworn, declare and state as follows:

### PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against DIEGO AGUILAR-CEJA ("CEJA") for a violation of Title 18, United States Code, Section 113(a)(3): Assault with a Dangerous Weapon with Intent to do Bodily Harm within the Special Maritime and Territorial Jurisdiction of the United States.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### BACKGROUND OF SPECIAL AGENT PLATTS

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since 2016.  I am currently assigned to the Los Angeles Division's Santa Maria Resident Agency, where I specialize in the investigation of complex financial crimes.  As an FBI Special Agent, I have participated in various investigations involving wire fraud,

1

money laundering, bank fraud, public corruption, violent crimes, and crimes within the special jurisdiction of the United States of America. I have participated in interviews of defendants, witnesses, and victims, as well as the execution of numerous search and arrest warrants. Prior to joining the FBI, I worked as a police officer in the State of Colorado for approximately five years.

## SUMMARY OF PROBABLE CAUSE

4. On March 4, 2024, federal prison inmate Javonte Odom was the victim of a physical assault that occurred in housing Unit K at the Lompoc Federal Correctional Complex's ("FCC Lompoc") Medium facility. A review of security footage and interviews of witnesses and Odom revealed that CEJA hit Odom several times in the head with a Master Lock affixed to a belt and another inmate (JUAN CARRILLO-RODRIGUEZ) hit Odom in the head and neck, including at least one hit on the neck with a piece of glass. As a result of the attack, Odom suffered serious injuries and was hospitalized at Marian Regional Medical Center in Santa Maria, California. While at the hospital, Odom underwent surgery on his neck.

## STATEMENT OF PROBABLE CAUSE

5. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A. Notification of Assault**

6. On March 5, 2024, United States Bureau of Prisons ("BOP") employees at FCC Lompoc, in Lompoc, California, notified

FBI personnel that inmates RODRIGUEZ and CEJA assaulted inmate Odom on March 4, 2024. Due to the injuries sustained in the incident, medical personnel transported Odom to Marian Regional Medical Center for further medical treatment.

### B. Review of Surveillance Video

7. On March 6 and March 8, 2024, I reviewed surveillance video from FCC Lompoc on March 4, 2024, and observed the following:

    a. At 2:01 p.m.[1], an inmate, who I later identified as Odom, walked toward another inmate who was talking on the Unit K first floor telephone and appeared to hang up the telephone in the middle of the other inmate's call. Odom then walked away from the area to cell A-19, followed by several other inmates. On the surveillance video, it did not appear Odom was holding anything in his hands when he hung up the phone and walked back toward his cell.

    b. At 2:02 p.m., an inmate, later identified as RODRIGUEZ, ran on the second floor of Unit K in the direction of cell A-19. RODRIGUEZ had a bandage visible on his left hand/wrist and he was wearing a grey shirt and grey pants. RODRIGUEZ did not have anything in his right hand.

    c. I recognized this inmate to resemble RODRIGUEZ, who I later interviewed in person, based on his height, body type, hair, and facial features. FCC Lompoc BOP correctional staff also recognized this assailant to resemble RODRIGUEZ, who

---

[1] All times are approximate.

has been incarcerated at FCC Lompoc since at least on or about October 31, 2022.

      d.    At 2:02 p.m., RODRIGUEZ jumped over the railing from the second floor to the first floor of Unit K. RODRIGUEZ was holding a grey beanie in his right hand and wrapped a towel around his left hand and wrist while moving in the direction of cell A-19.

      e.    At 2:02 p.m., an inmate, who I later identified as CEJA, walked in the direction of cell A-19. CEJA held an object in his right hand that appeared to be a belt and was wearing a white t-shirt and grey/khaki pants.

      f.    I recognized this assailant to resemble CEJA, who I later interviewed in person, based on his height, body type, hair, and facial features. FCC Lompoc BOP correctional staff also recognized this assailant to resemble CEJA, who has been incarcerated at FCC Lompoc since at least on or about February 13, 2024.

      g.    At 2:03 p.m., CEJA and RODRIGUEZ assaulted Odom as he was standing in the doorway to cell A-19. RODRIGUEZ held a grey beanie in his right hand and hit Odom directly on the left side of his neck with his right hand. The white shirt Odom was wearing turned a red color, consistent with blood, after RODRIGUEZ hit him with the beanie. CEJA hit Odom in the head approximately four times while holding what appeared to be a belt in his right hand. RODRIGUEZ hit Odom approximately three times in the head with his right hand during the assault.

  h. At 2:03 p.m., CEJA placed the object he had used to hit Odom in a windowsill at the end of the Unit K cell block, a few feet away from Odom's cell. CEJA then walked away from cell A-19 toward the entrance of Unit K.[2]

  i. At 2:04 p.m., RODRIGUEZ threw the grey beanie in the direction of cell A-19 and walked back toward the entrance of Unit K as the other inmates began to disperse. RODRIGUEZ walked with a visible limp.

  j. At 2:04 p.m., Odom took off his blood-soaked shirt and placed the shirt near his neck in an apparent attempt to stop the bleeding.  Odom appeared to be holding a towel or shirt in his right hand[3].  The object was not visible in Odom's hand during the physical assault.

  k. At 2:07 p.m., BOP correctional staff walked into Unit K and approached Odom.  By this point, RODRIGUEZ and CEJA were no longer in the vicinity and BOP did not immediately identify them as the assailants.

 **C. BOP Response and Investigation**

 8. At 2:07 p.m., BOP staff observed Odom standing outside cell A-19 covered in blood.  Odom held a white shirt to the left side of his neck.  When Odom removed the shirt from his neck, staff observed blood projecting out of the wound.  BOP staff

---

[2] As mentioned in paragraph 10 below, BOP staff later searched the windowsill and located a Master Lock affixed to an inmate belt.

[3] BOP staff later searched cell A-19 and located a Master Lock tied in a white inmate sock.

called for a medical emergency and additional staff members responded to Unit K.

9.  BOP medical staff responded to Unit K and transported Odom to the Health Services Unit.  Medical staff observed Odom was hemorrhaging profusely from the left side of his neck and applied a compression dressing to the wound.  An ambulance transported Odom to Marian Regional Medical Center.

10. The FCC Lompoc Evidence Recovery Team ("ERT") took photographs of cell A-19 and processed the scene for evidence. BOP ERT searched the windowsill at the end of A-Range in Unit K and located a Master Lock affixed to an inmate belt[4].  There was a red substance consistent with blood on the lock and belt.

D.  **Odom's Injuries**

11. On March 7, 2024, a BOP employee provided FBI personnel with a copy of Odom's medical report from Marian Regional Medical Center.  Based on my review of the report I know the following:

   a.  Due to a high probability of imminent or life threatening deterioration of Odom's condition, the emergency room medical personnel considered Odom a Tier 1 trauma and immediately transported him to an operating room due to an exsanguinating neck wound.  Medical personnel conducted a neck exploration surgery for control of hematoma and ligation of arterial vessels on Odom.  Odom also suffered a large jaw

---

[4] As mentioned previously in paragraph 7.h above, a review of FCC Lompoc surveillance footage appeared to show CEJA discarding an object that appeared to be a belt in the windowsill at the end of A-range in Unit K after the assault on Odom.

hematoma and broken upper front tooth due to the altercation. Following the surgery, medical personnel place staples on Odom's neck.

### E.   FBI Interview of Odom at FCC Lompoc

12. On March 6, 2024, Special Agent Marni Barton and I interviewed Odom at FCC Lompoc.[5] Among other things, Odom told us the following:

    a.   In the early afternoon on March 4, 2024, Odom was waiting in line to use the Unit K communal telephone.  BOP staff pulled Odom for dinner, and when he returned, he discovered an Hispanic inmate had taken his place in line.  Odom confronted the inmate on the telephone, but the inmate refused to hang up or let Odom get his turn.

    b.   Odom reached around the inmate and hung up the phone call.  After he hung up the phone, Odom walked straight back to his cell as he suspected the other Hispanic inmates would be upset.

    c.   Soon after going back to his cell, Odom heard glass break and the entire area outside his cell filled with Hispanic inmates.  Odom and several of the inmates began to exchange words.  Two inmates in particular were very aggressive toward Odom, CEJA, who Odom recognized and never had problems with in the past, and another inmate Odom recognized from the unit but whose name he could not recall.

---

[5] On or about March 15, 2018, Odom was sentenced to a term of 180 months in federal prison after he pleaded guilty to voluntary manslaughter. Odom has no other criminal history.

      d.    As Odom stood in the entryway to his cell, CEJA struck him in the mouth with a lock, breaking his front tooth. The other inmate then lurched toward Odom and stabbed his neck with a sharp object. The object was wrapped in a material, possibly a grey-colored shirt. After he stabbed Odom, the inmate told him, "I hope you die."

      e.    Odom was housed in Unit K since at least in or around December 2023 and indicated he could identify a picture of the inmate who stabbed him. SA Barton presented Odom with inmate booking photographs of CEJA and RODRIGUEZ. Odom identified CEJA as the inmate who struck him in the face with the lock and RODRIGUEZ as the inmate who stabbed him in the neck.

      f.    Odom believed RODRIGUEZ stabbed him with a piece of glass as the puncture wound was rounded rather than straight and because he heard the sound of glass breaking shortly before he was assaulted.

    **F.**    **FBI Interviews of CEJA and RODRIGUEZ at FCC Lompoc**

    13. On March 6, 2024, SA Barton and I conducted an audio-recorded interview of CEJA in the Special Housing Unit at FCC Lompoc. The interviewing Agents advised CEJA of his Miranda Rights and he agreed to speak to Agents without a lawyer present[6]. Among other things, CEJA told us the following:

---

[6] CEJA told Agents his native language was Spanish and he spoke limited English. A BOP SIS staff member fluent in Spanish provided translation during the interview. The SIS staff member advised CEJA of his Miranda Rights verbatim from FBI form FD-395.15(Spanish) in Spanish.

   a. The altercation began over a dispute involving the telephone.  CEJA followed Odom to his cell initially just to talk to him and did not want any problems.

   b. Odom had two locks.  During the altercation, Odom struck CEJA in the hand with one of the locks.  CEJA admitted to hitting Odom while he held his belt, but denied there was a lock attached to the belt.  Odom was not bleeding when CEJA hit him.  CEJA left after Odom began to bleed and the situation "went too far."  When CEJA left Odom's cell, he took one of the locks and placed it in the windowsill with his belt.

   c. CEJA was initially hesitant to identify the inmate who stabbed Odom, but advised the inmate used a piece of glass held inside a beanie.  CEJA was concerned other inmates would find out if he identified the other assailant.

   d. CEJA ultimately agreed to identify a photograph of the inmate.  Agents showed CEJA a booking photograph of RODRIGUEZ and CEJA identified RODRIGUEZ as the inmate who stabbed Odom.

 14. On March 6, 2024, SA Barton and I conducted an audio-recorded interview of RODRIGUEZ in the Special Housing Unit at FCC Lompoc.  The interviewing Agents advised RODRIGUEZ of his Miranda Rights and he agreed to speak to Agent without a lawyer present. Among other things, RODRIGUEZ told us the following[7]:

---

[7] RODRIGUEZ told Agents his native language was Spanish and he spoke limited English.  A BOP SIS staff member fluent in Spanish provided translation during the interview.  The staff member advised RODRIGUEZ of his Miranda Rights verbatim from FBI form FD-395.15(Spanish) in Spanish.

      a.    The incident started after a black inmate hung up the phone of a Mexican inmate.

      b.    RODRIGUEZ hit Odom three or four times in the face, but did not stab him.  RODRIGUEZ believed another inmate stabbed Odom due to the large amount of blood coming from Odom's neck. When RODRIGUEZ hit Odom, he (RODRIGUEZ) was holding a metal lock and grey beanie in his right hand.

      c.    Prior to the interview, Agents noticed RODRIGUEZ was limping. RODRIGUEZ told Agents he sustained the injury when he twisted his ankle on the stairs.[8]

///

///

///

---

[8] As previously mentioned in paragraph 7.i, after reviewing FCC Lompoc surveillance footage of the incident, I observed RODRIGUEZ to be limping after he jumped over the railing from the second floor to the first floor of Unit K, directly prior to the assault.

## CONCLUSION

15. For all of the reasons described above, there is probable cause to believe that CEJA has committed a violation of Title 18, United States Code, Section 113(a)(3): Assault with a Dangerous Weapon with Intent to do Bodily Harm within the Special Maritime and Territorial Jurisdiction of the United States.

Attested to by the applicant in
accordance with the
requirements of Fed. R. Crim.
P. 4.1 by telephone on this 28th
day of March, 2024.

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

11