# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
4/5/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　PLAINTIFF,<br>v.<br>DIEGO AGUILAR-CEJA,<br>　　　　　　　　DEFENDANT | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 2:24-mj-01791 |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest DIEGO AGUILAR-CEJA and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Assault with a Dangerous Weapon with Intent to do Bodily Harm, in violation of Title 18, United States Code, Section 113(a)(3).

REC: BY AUSA KENNETH R. CARBAJAL    [Detention]

3/28/24
Date

The Hon. Charles F. Eick

Signature of Magistrate Judge

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):

| DATE RECEIVED<br>03/28/2024<br>DATE OF ARREST<br>03/29/2024 | NAME AND TITLE OF ARRESTING OFFICER<br>MARNI BARTON, SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT                    Page 1 of 2